FILED
November 21, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| v. § | **NO. SA-24-CR-78-OLG** |
| § | |
| **CHARLES ROUNDTREE** § | |

## ORDER

The Court has considered United States Magistrate Judge Richard B. Farrer's Report and Recommendation (the "Report") (Dkt. No. 37), filed November 3, 2025, concerning Defendant's Motion to Dismiss (Dkt. No. 34). Defendant timely filed objections (Dkt. No. 40) to the Report.

When a party objects to a report and recommendation, the Court must make a de novo determination as to "any part of the magistrate judge's disposition that has been properly objected to." FED. R. CIV. P. 72(b)(3); *see United States. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989). Objections must be specific; frivolous, conclusory, or general objections need not be considered by the district court. *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982), *overruled on other grounds by Douglass v. U.S. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)). Any portions of the magistrate judge's findings or recommendations that were not objected to are reviewed for clear error. *Wilson*, 864 F.2d at 1221.

The Court, having reviewed the entirety of the Report de novo, finds that it is in all things correct and that Defendant's objections (Dkt. No. 40) should be and hereby are **OVERRULED**. Accordingly, the Court **ACCEPTS** the Report (Dkt. No. 37) and, for the reasons set forth therein, Defendant's Motion to Dismiss (Dkt. No. 34) is **DENIED**.

**IT IS SO ORDERED.**

**SIGNED** this ____ day of November, 2025.

_____
ORLANDO L. GARCIA
United States District Judge

2